Reginald **PERKINS**, Movant/Appellant,

v.

**STATE of Missouri,**
**Respondent/Respondent.**

No. ED 103602

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: November 1, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
December 15, 2016

Srikant Chigurupati, St. Louis, MO, for Movant/Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

### ORDER

PER CURIAM.

Reginald Perkins appeals from the motion court's judgment denying, without an evidentiary hearing, his amended Motions to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rules 24.035 [1] and 29.15.[2] We have reviewed the briefs of the parties and the record on appeal and conclude the judgment of the motion court was not clearly erroneous. Rules 24.035(k) and 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).